# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BLUEBIRD FILMS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DOES 1 – 37,**<br><br>*Defendants.* | *Case No.*: **1:12-cv-10949-RWZ** |

### NOTICE OF DISMISSALS

Plaintiff dismisses <u>*without*</u> prejudice Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 35, 36, and 37 listed in the above-identified action, pursuant to Fed. R. Civ. P. 41(a).

Plaintiff also dismisses <u>*with*</u> prejudice Doe 34 listed in the above-identified action, pursuant to Fed. R. Civ. P. 41(a).

*Respectfully submitted*,

*Dated*: March 28, 2013

Marvin Cable, BBO#: 680968
Law Offices of Marvin Cable
P.O. Box 1630
Northampton, MA 01061
E: law@marvincable.com
P: (413) 268-6500
F: (888) 691-9850

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/s/ Marvin Cable*
Marvin Cable, Esq.